**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES VICENT KLUEPPEL, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:26-00013-JB-B** |
| | ) | |
| **TRANS UNION LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 52). The Court conducted a hearing on November 18, 2026, at which *Pro Se* Plaintiff and counsel for Defendant appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 52) is GRANTED.

**DONE and ORDERED** this 18th day of November, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE